**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WALTER SAWYER, | : | No. 39 MM 2016 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Motion for King's Bench/Extraordinary Relief is **DENIED**.